ANNA GELLER and Another, as Administrators, etc., of MAX LAUFER, Deceased, Respondents, v. HERMAN S. DAVIDOFF, Appellant.— Judgment and order affirmed,

with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.